# United States District Court
## Southern District of Georgia

BENJAMIN JUSTIN CREWS

                                  JUDGMENT IN A CIVIL CASE

              V.                         CASE NUMBER: CV203-128

ALLSTATE INSURANCE COMPANY

[✓] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with such Verdict that judgment is hereby entered in favor of the Defendant, Allstate Insurance Company, and against the Plaintiff, Benjamin Justin Crews, and that Defendant do have and recover their costs of Court, in their behalf expended, such Costs to be taxed by the Clerk.

EOD: 7/14/2005

*[signature]*

| July 14, 2005 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |